UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
                                                          :
SHIRLEY SHEPARD & ANDREA SHEPARD,     :
                                                               :   **ORDER REGULATING**
                               Plaintiffs,     :   **PROCEEDINGS**
                                                               :
    -against-                                              :   21 Civ.  9259 (AKH)
                                                               :
TELEVISA INTERNACIONAL, LLC, and     :
TELEVISA, S.A. DE C.V.,                            :
                                                               :
                                                  Defendants.   :
------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

        On August 12, 2022, I held a telephonic status conference in the above-captioned matter.  By agreement of the parties, Defendant Televisa Internacional, LCC shall respond to the Complaint by September 16, 2022 and has waived any defenses related to process or service of process.  Consistent with my Individual Rules, the parties shall prepare and submit a proposed case management plan that provides for the close of discovery on March 3, 2023; a conference between the parties at Plaintiffs' offices on March 15, 2023; and a status conference before me on March 24, 2023.

        Additionally, the certificate of default (ECF No. 12) is hereby vacated.

        SO ORDERED.

Dated:     August 12, 2022                       __/s/ Alvin K. Hellerstein_____
             New York, New York             ALVIN K. HELLERSTEIN
                                                              United States District Judge