UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
SHIRLEY SHEPARD, et al.,

                    Plaintiff,                           **ORDER**

        -against-                           **21-CV-9259 AKH (JW)**

TELEVISA INTERNACIONAL,

                    Defendant.
-----------------------------------------------------------------X
**JENNIFER E. WILLIS, United States Magistrate Judge:**

      This matter has been referred for settlement. Dkt. No. 28. Should the parties wish to schedule a settlement conference, the Parties are directed to contact Courtroom Deputy Christopher Davis by **November 4, 2022** via email at WillisNYSDChambers@nysd.uscourts.gov to provide three mutually agreeable dates in December 2022 or January 2023. Any conference will be held in-person at Courtroom 228, 40 Foley Square, New York, New York.

      Parties must attend in-person with their counsel. Corporate parties must send the person with decision making authority to settle the matter to the conference. The parties are instructed to prepare pre-conference submissions in accordance with Judge Willis's Standing Order for all Cases Referred for Settlement.

SO ORDERED.

DATED:   New York, New York
              October 27, 2022

                                                                JENNIFER E. WILLIS
                                                                United States Magistrate Judge