**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
SHIRLEY SHEPARD, et al.,

                        Plaintiff,                     **ORDER**

            -against-                     **21-CV-9259 AKH (JW)**

TELEVISA INTERNACIONAL,

                        Defendant.
-----------------------------------------------------------------X
**JENNIFER E. WILLIS, United States Magistrate Judge:**

On December 8, 2022, Plaintiffs filed a letter seeking to adjourn the scheduled settlement conference. Dkt. Nos. 47 and 48. The request for adjournment is GRANTED. The Parties are directed to submit via email three mutually agreed upon dates in January or February 2023, by **December 23, 2022**.

The Motion to Seal, Dkt. No. 46, is also GRANTED.

SO ORDERED.

DATED:     New York, New York
            December 8, 2022

                                      *Jennifer E. Willis*
                                       JENNIFER E. WILLIS
                                 United States Magistrate Judge