UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
SHIRLEY SHEPARD, *et al.*,

      Plaintiff,     **ORDER**

  -against-        **21-CV-9259 AKH (JW)**

TELEVISA INTERNACIONAL,

      Defendant.
----------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

  On January 3, 2023, the Parties filed a letter requesting that the settlement conference scheduled for January 17, 2023, be held telephonically. Dkt. No. 50. The request is granted. A dial-in number will be circulated to the Parties prior to the conference.

SO ORDERED.

DATED: New York, New York
     January 9, 2023

                 */s/ Jennifer E. Willis*
                 JENNIFER E. WILLIS
                 United States Magistrate Judge