UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- X
:
SHIRLEY SHEPARD & ANDREA SHEPARD, :
: **ORDER**
Plaintiff, :
v. : 21 Civ. 9259 (AKH)
:
TELEVISA INTERNATIONAL, LLC, AND :
TELEVISA, S.A. DE C.V., :
:
Defendants. :
---------------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

    A suggestion of settlement having been made, this case is dismissed. If the settlement is not consummated within 30 days of this order, or an authorized enlarged date, either party may apply by letter for restoration of the action within 10 days after the close of said period. Any further issues should be submitted to the Honorable Jennifer E. Willis for resolution. All pending court dates are cancelled. The Clerk is directed to close the case.

    SO ORDERED.

Dated:    February 17, 2023           /s/ Alvin K. Hellerstein
           New York, New York           ALVIN K. HELLERSTEIN
                                                     United States District Judge